AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>**NNAMDI OPARA**<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)       25-mj-7242-JCB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 21, 2023 & July 3, 2023__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent Jeremy Costa.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeremy Costa
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4:47 PM, Jun 4, 2025

_____
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*