# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** IRS/USPIS

**City** Saugus
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number 25-mj-7242-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See below  [✓] Yes  [ ] No

**Defendant Name** NNAMDI OPARA   Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

**Alias Name:**
**Address:** Woburn, MA
**Birth date (Yr only):** 1994  **SSN (last 4#):** 8629  **Sex:** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Brian J. Sullivan  **Bar Number if applicable:** 676186

**Interpreter:** [ ] Yes [✓] No  **List language and/or dialect:** _____

**Victims:** [ ] Yes [✓] No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested  [ ] Regular Process  [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** [✓] Complaint  [ ] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/3/2025  **Signature of AUSA:** /s/ Brian J. Sullivan

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Nnamdi Opara

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of government funds | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related cases: 25-mj-7239-7241; 7243-7246-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013